KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for JAMES GAST

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. GAST, et al.,<br><br>    Defendant. | 15-cv-02225 WHO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE UNTIL JANUARY 13, 2016 : ORDER |

The parties hereto stipulate:

1. The current settlement conference is set for November 23, 2015 before Hon. Laurel Beeler.

2. The parties are still awaiting the documents supporting Plaintiff's settlement demands, despite due diligence.

3. Judge Beeler's next available settlement conference date is January 13, 2016.

4. The parties agree that they will be fully prepared for the new date, and will not request a further extension.

DATED: November 16, 2015         /s/ Kenneth Wine
                                 Kenneth H. Wine, Esq.
                                 Attorney for Defendant
                                 JAMES GAST

DATED: November 16, 2015         /s/ Alison Crane
                                 Alison Crane, Esq.
                                 Attorney for Defendant
                                 THEA GAST

DATED: November 16, 2015         /s/ James Hoffmann
                                 James Hoffmann, Esq.
                                 Attorney for Plaintiff
                                 C. DOE

**ORDER**

GOOD CAUSE APPEARING,

The settlement conference currently set before this Court for November 23, 2015 is hereby continued until January 13, 2016 at 10:00 a.m.  Settlement Conference Statements due 1/6/16.

DATED: November 17, 2015         _____
                                 Hon. Laurel Beeler, Magistrate
                                 U.S. District Court

2